**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JERRY ONG,
Plaintiff,
v.
NOBLE ALE WORKS, et al.,
Defendants.

SACV 26-1965 PA (JDEx)
JUDGMENT OF DISMISSAL

Pursuant to the Court's November 3, 2026 Minute Order, which denied the Motion for Default Judgment filed by plaintiff Jerry Ong ("Plaintiff") against defendant Noble Ale Works, Inc., it is HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's action is dismissed without prejudice for lack of Article III standing.

DATED: November 3, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE